AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, William E. | U.S. Court of Appeals, 5th Cir | 04/06/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 800 Lafayette St Suite 5100 Lafayette, LA 70501 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Partnership composed of Michael R. Morton and me on property listed under Item VII. Partnership exists solely to own and rent real estate. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Davis, William E.**

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 04/06/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12-31-10 | Tanner Companies, Inc. (self-employed retail sales-women's clothing |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FREE | July 18-22 | Gallatin Gateway, MT | Educational Seminar | Transportation, Food, Housing |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Whitney National Bank,, successor to First National Bank, Lafayette, LA 70509 | An in rem mortgage (no personal liability) is in effect on office building and warehouse | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 04/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking acct.,Whitney Bank Lafayette, LA | A | Interest | J | T | | | | | |
| 2. 1/2 Interest-New Iberia,LA,office building & warehouse | E | Rent | M | W | | | | | |
| 3. Common stock, Land Coast Insulation, Inc. | C | Dividend | M | W | | | | | |
| 4. Vanguard Short Term Tax Exe (1/2 interest) | A | Interest | L | T | | | | | |
| 5. Vanguard Tax Exempt Money Mkt (45) | A | Interest | | | Merged (with line 13) | 03/15/10 | M | | |
| 6. Vanguard Short-Term Tax Ex. Admiral (541) | A | Dividend | | | Merged (with line 13) | 03/15/10 | M | | |
| 7. Vanguard Limited Term Tax Exempt (31) | A | Dividend | | | Merged (with line 13) | 03/15/10 | K | | |
| 8. Vanguard Health Care Fund (52) | A | Dividend | J | T | | | | | |
| 9. Vanguard Total Int'l Stock Fund Index (113) | A | Dividend | J | T | | | | | |
| 10. Vanguard Money Mkt Fund (30) | A | Interest | J | T | Buy | 04/05/10 | L | | |
| 11. Vanguard GNMA Fund (36) | A | Dividend | | | Merged (with line 13) | 04/06/10 | J | | |
| 12. Vanguard Total Stock Mkt Fund (IRA) | B | Dividend | M | T | | | | | |
| 13. Vanguard Target Retirement 2010 (681) | D | Dividend | N | T | Buy | 03/15/10 | N | | |
| 14. Louisiana Stad & Expo Dist. (Bond) | A | Interest | | | Sold | 08/12/10 | J | | |
| 15. Louisiana LOC Govt. Environment Bond | A | Int./Div. | K | T | | | | K | |
| 16. Vernon Parish Bond | A | Interest | K | T | | | | | |
| 17. Smith Barney converted to CitiBankDakota Bank Deposit Progra | A | Interest | | | Sold | 04/05/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K = $15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V - Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 04/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Royal Bank of Scotland | A | Dividend | | | Sold | 05/11/10 | J | | |
| 19. ESP Resources | | None | J | T | Buy | 11/12/10 | J | | |
| 20. Citigroup Inc. | A | Dividend | | | Redeemed | 10/19/10 | J | | |
| 21. Duff Phelps DNP Select Income Fund | A | Dividend | J | T | | | | | |
| 22. Eaton Vance Income Fund | B | Dividend | K | T | | | | | |
| 23. Citigroup Capital | B | Interest | K | T | | | | | |
| 24. Ernest Morial - New Orleans, LA (Bond) C | A | Interest | K | T | | | | | |
| 25. General Electric Capital Corp. | | None | J | T | | | | | |
| 26. General Motors | A | Dividend | K | T | | | | | |
| 27. Intel Corp. | A | Interest | J | T | | | | | |
| 28. Jefferson Parish LA Rev. Pub (Bond) | B | Distribution | K | T | | | | | |
| 29. Progress Energy Inc. | A | Interest | J | T | | | | | |
| 30. Regions FDIC | A | Dividend | J | T | | | | | |
| 31. Regions Bank CD | B | Dividend | K | T | | | | | |
| 32. BAC Capital Trust | A | Dividend | J | T | | | | | |
| 33. Royal Bank of Scotland | A | Dividend | | | Sold | 05/06/10 | J | | |
| 34. USB Capital | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 04/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Cisco Systems | | None | J | T | | | | | |
| 36. Webster Parish School (Bond) | B | Interest | K | T | | | | | |
| 37. Urstadt Biddle Properties | A | Interest | J | T | | | | | |
| 38. Edge Petroleum | A | Royalty | J | T | | | | | |
| 39. Home Bank Stock | D | Dividend | K | T | | | | | |
| 40. Alabama Power | A | Interest | K | T | | | | | |
| 41. Western Asset | A | Interest | J | T | | | | | |
| 42. Whitney Holding | A | Dividend | K | T | | | | | |
| 43. Municipal Bond New Orleans, LA Public Improvement | A | Interest | J | T | | | | | |
| 44. Whitney Holding | A | Interest | K | T | | | | | |
| 45. Montag & Caldwell Growth (IRA) (X) | | None | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   - A =$1,000 or less
   - B =$1,001 - $2,500
   - C =$2,501 - $5,000
   - D =$5,001 - $15,000
   - E =$15,001 - $50,000
   - F =$50,001 - $100,000
   - G =$100,001 - $1,000,000
   - H1 =$1,000,001 - $5,000,000
   - H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)
   - J =$15,000 or less
   - K =$15,001 - $50,000
   - L =$50,001 - $100,000
   - M =$100,001 - $250,000
   - N =$250,001 - $500,000
   - O =$500,001 - $1,000,000
   - P1 =$1,000,001 - $5,000,000
   - P2 =$5,000,001 - $25,000,000
   - P3 =$25,000,001 - $50,000,000
   - P4 =More than $50,000,000
3. Value Method Codes (See Column C2)
   - Q =Appraisal
   - R = Cost (Real Estate Only)
   - S =Assessment
   - T =Cash Market
   - U =Book Value
   - V =Other
   - W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 10 and 11. Vanguard GNMA Fund (36) Multiple transfers beginning 4/6/ to 12/10 to Vanguard  Target Retirement 2010 (681) Line 13.

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 04/06/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William E. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544